UNITED STATES DISTRICT COURT

FOR THE DISTRICT OF IDAHO

| | |
|---|---|
| BROADCAST MUSIC, INC.; COTILLION MUSIC, INC.; NANCY HALL STAFFORD, an individual d/b/a TERRY STAFFORD MUSIC CO.; AUDIGRAM SONGS, INC.; UNICHAPPELL MUSIC INC.; CONCORD MUSIC GROUP, INC. d/b/a JONDORA MUSIC, EMI BLACKWOOD MUSIC, INC.; SCARLET MOON MUSIC INC.; BARRY DeVORZON, an individual d/b/a JELINDA MUSIC; SONGS OF UNIVERSAL, INC.; BRADLEY KIRK ARNOLD, ROBERT TODD HARRELL, MATTHEW DARRICK ROBERTS and CHRISTOPHER LEE HENDERSON, a partnership d/b/a ESCATAWPA SONGS; SONY/ATV SONGS d/b/a SONY/ATV TREE PUBLISHING; TAYLOR ALLISON SWIFT, an individual d/b/a TAYLOR SWIFT MUSIC; WARNER-TAMERLANE PUBLISHING CORP.; SAMUEL LOEFFLER and PETER LOEFFLER, a partnership d/b/a SUSHI GRADE MUSIC; THOMAS ALEXANDER HARVEY a/k/a T. ALEX HARVEY, an individual d/b/a PRESHUS CHILD MUSIC COMPANY; MURRAH MUSIC CORPORATION; DAN G. HODGES, an individual d/b/a HUGE OPPORTUNITY MUSIC; WANTE0D WOMAN MUSIC INC., <br><br>      Plaintiffs, <br><br>  v. <br><br>TTJ'S INC. d/b/a THE SPORT CELLAR a/k/a BOOMERS' SPORTS CELLAR and CLUB 301 and THE GARDEN a/k/a BOOMERS' GARDEN; and JAY B. STARNES, individually, <br><br>      Defendants. | Case No. 3:09-CV-460-BLW <br><br>**MEMORANDUM DECISION AND ORDER** |

The Court has before it Plaintiffs' motions for attorney fees (Dkt. 33). Defendants filed no response. The Court, having considered Plaintiffs' brief, will award Plaintiffs $12,465.00 in fees.

## BACKGROUND

Plaintiffs filed their Complaint on September 14, 2010, asserting ten claims for willful copyright infringement against Defendants TTJ's Inc. and Jay B. Starnes. Judgment was entered in favor of Plaintiffs on July 20, 2010. On July 26, 2010, Defendants filed a Motion to Set Aside Judgment (Dkt. 32), which was denied (Dkt. 34). Plaintiffs now seek attorney fees and costs pursuant to 17 U.S.C. § 505.

## ANALYSIS

The Copyright Act states that "the court may award a reasonable attorney's fee to the prevailing party as part of the costs." 17 U.S.C. § 505. In its July 20, 2010 Memorandum Decision and Order, the Court determined that Plaintiffs should be awarded their reasonable attorney fees as the prevailing party and directed Plaintiffs to submit affidavits justifying their attorney fees request. Plaintiffs now seek attorneys' fees in the amount of $12,465.00.

Based on a careful review of the billing records submitted, the Court finds that the services listed and the rates for the services are reasonable. Therefore, the Court will award Plaintiffs the full amount of fees requested. In addition, the Court will award

Plaintiffs $350.00 in costs for their filing fee.

## ORDER

**IT IS ORDERED that** Plaintiffs' Motion for Attorney Fees is GRANTED. The Court will award attorneys' fees in the amount of $12,465.00 and costs in the amount of $350.00.



DATED: **November 8, 2010**

Honorable B. Lynn Winmill
Chief U. S. District Judge